**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 453 EAL 2018

        Respondent

        : Petition for Allowance of Appeal from
        : the Order of the Superior Court

        v.

RODNEY SMITH,

        Petitioner


## <u>ORDER</u>


**PER CURIAM**

    **AND NOW**, this 26th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.